UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERGIS R. GHOBRIAL, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA GUERRERO, et al.,<br><br>Defendants. | No. 2:25-cv-02719-AB-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records and files herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Defendants' Requests for judicial notice (ECF 12-2, 16-1) are **granted**.
3. Defendant's Motion to dismiss (ECF 12) is **granted**.
4. The Complaint is **dismissed without leave to amend**.

5. Judgment shall be entered dismissing this action with prejudice.

6. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: August 22, 2025

_____
HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE