JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GERGIS R. GHOBRIAL, M.D.<br>Plaintiff,<br>v.<br>PATRICIA GUERRERO, et al.,<br>Defendants. | No. 2:25-cv-02719-AB-BFM<br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint in this matter is dismissed, and the action is dismissed with prejudice.

DATED: August 22, 2025

_____
HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE